UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GATEARM TECHNOLOGIES, INC.,          CASE NO.: 14-CV-62697-RNS
a Florida corporation,

      Plaintiff,
vs.

ACCESS MASTERS, LLC, a Florida
limited liability company, and
BLACKSKY TECHNOLOGIES, INC.,
a Florida corporation,
GATEARMS.COM, LLC,

      Defendants.
_____/

**DEFENDANTS', ACCESS MASTERS LLC, BLACKSKY TECHNOLOGIES, INC., AND GATEARMS.COM, LLC, MOTION FOR EXTENSION OF TIME FOR PARTIES TO SUBMIT JOINT CLAIM CONSTRUCTION CHART**

      Defendants, Access Masters, LLC, Blacksky Technologies, Inc., and Gatearms.com, LLC (hereinafter collectively the "Defendants"), pursuant to this Court's Local Rules 7.1(a)(1)(J), hereby respectfully files this Motion for Extension of Time for Parties to Submit the Joint Claim Construction Chart to this Honorable Court, and as grounds states:

      1.     Pursuant to the *Markman* hearing Scheduling Order in the above-captioned matter, Doc. 78, the Parties' Joint Claim Construction Chart is due to be submitted by May 31, 2017.

      2.     Defendants are requesting a two week extension to file the Joint Claim Construction Chart to and including June 14, 2017.

      3.     This motion is made for good cause, and is not made for the purpose of delay, or any other improper purpose. Defendants stress that this is a request only for the extension of one

**THE LOMNITZER LAW FIRM, P.A.**
7999 N. Federal Hwy, Suite 200, Boca Raton, FL 33487 ● Telephone (561)953-9300● Fax (561)953-3455

deadline on the *Markman* hearing Scheduling Order, and the requested extension will not affect the remaining deadlines, or the date set for the *Markman* hearing.

4. Specifically, Defendants' requested two week extension is for the good cause purpose of allowing sufficient additional time needed for the parties to analyze the patent prosecution history underlying this matter, confer, and streamline and narrow the claims for the Court all of which is in the interest of judicial economy, and beneficial to both parties. Further, the extension will accommodate Defendants' counsel's overlapping deadlines in other matters and prior travel plans between now and the original deadline.

5. Pursuant to Local Rules 7.1(a)(2) this Motion is accompanied by a proposed order that is filed hereto as Exhibit A, and submitted via e-mail to the Court as prescribed by Section 3I(6) of the CM/ECF Administrative Procedures.

6. Pursuant to Local Rules 7.1(a)(3) the undersigned counsel for Defendants has conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Therefore, for the reasons stated above, Defendants, Access Masters, LLC, Blacksky Technologies, Inc., and Gatearms.com, LLC, respectfully request this Honorable Court enter an order extending the deadline for submission of the Joint Claim Construction Chart to and including June 14, 2017.

Dated: May 23, 2017                            Respectfully submitted,

                                               s:/ *Lorri Lomnitzer*
                                               Lorri Lomnitzer, Esq.
                                               Florida Bar No. 37632

Lorri@Lomnitzerlaw.com
Allen F. Bennett, Esq.
Florida Bar No.: 88183
Allen@Lomnitzerlaw.com
THE LOMNITZER LAW FIRM, P.A.
7999 N. Federal Highway, Ste. 200
Boca Raton, FL 33487
Telephone: (561) 953-9300
Direct: (561) 953-9301
Fax: (561) 953-3455
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23 day of May, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Lorri Lomnitzer
Lorri Lomnitzer
Florida Bar No. 37632
lorri@lomnitzerlaw.com
Allen F. Bennett
Florida Bar No.: 88183
Allen@Lomnitzerlaw.com

## SERVICE LIST

**GATEARM TECHNOLOGIES, INC. vs.
ACCESS MASTERS, LLC, and BLACKSKY TECHNOLOGIES, INC.,
CASE NO.: 0:14-CV-62697-RNS
United States District Court, Southern District of Florida**

McHALE & SLAVIN, P.A.
Edward F. McHale (FBN 190300)
Brian M. Taillon (FBN 678635)
Kenneth W. Cohen (FBN 0030185)
Andrew D. Lockton (FBN 115519)
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
Telephone: (561) 625-6575
Facsimile: (561) 625-6572

E-mail: litigation@mchaleslavin.com

COHEN NORRIS WOLMER RAY
TELEPMAN COHEN
James S. Telepman (FBN 466786)
712 U.S. Highway 1, Suite 400
P.O. Box 13146
North Palm Beach, Florida 33408
Telephone: (561) 844-3600
Facsimile: (561) 842-4104
E-mail: jst@fcohenlaw.com

*Attorneys for Plaintiff*