UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GATEARM TECHNOLOGIES, INC.,

        Plaintiff,

Case No. 14-CV-62697-RNS

v.

ACCESS MASTERS, LLC,
BLACKSKY TECHNOLOGIES, INC.,
and GATEARMS.COM, LLC,

        Defendants.
_____/

## AMENDED JOINT CLAIM CONSTRUCTION CHARTS

Plaintiff GateArm Technologies, Inc. ("GateArm") and Defendants Access Masters, LLC ("Access Masters"), Blacksky Technologies, Inc. ("Blacksky"), and Gatearms.com, LLC ("Gatearms.com"), hereby submit their Amended Joint Claim Construction Charts in accordance with the Court's *Markman* Hearing Scheduling Order, D.E. 78.

**I.**    **Construction of Patent Terms**

Attached hereto as Exhibit "A" is a joint claim chart identifying the disputed claim terms of the '125 Patent. The chart identifies the terms and phrases in dispute, and the parties' respective proposed constructions.

Attached hereto as Exhibit "B" is a joint claim chart identifying the disputed claim terms of the '200 Patent. The chart identifies the terms and phrases in dispute, and the parties' respective proposed constructions.

1

Dated: May 31, 2017 Respectfully Submitted,

| | | | |
|---|---|---|---|
| By: | s/Kenneth W. Cohen | By: | s/Allen F. Bennett |
| | Edward F. McHale | | Lorri Lomnitzer |
| | Kenneth W. Cohen | | Allen F. Bennett |
| | Andrew D. Lockton | | The Lomnitzer Law Firm, P.A. |
| | McHale & Slavin, P.A. | | 7999 N. Federal Highway, Ste. 200 |
| | 2855 PGA Boulevard | | Boca Raton, FL 33487 |
| | Palm Beach Gardens, FL 33410 | | Telephone: 561-953-9300 |
| | Telephone: 561-625-6575 | | Fax: 561-953-3455 |
| | Fax: 561-625-6572 | | Lorr@Lomnitzerlaw.com |
| | Litigation@McHaleSlavin.com | | Allen@Lomnitzerlaw.com |

*Attorneys for Plaintiff GateArm Technologies, Inc.*

*Attorneys for Defendants: Access Masters, LLC, Blacksky Technology, Inc., and Gatearms.com, LLC*

*EXHIBIT "A"*
*U.S. PAT. NO. 8,845,125 DISPUTED CLAIM TERMS*

| Claim Term | GateArm's Proposed Constuction | Access Masters, Blacksky Tech., and Gatearms.com's Proposed Construction |
|---|---|---|
| "first elongated inset channel"<br>'125 Patent, Claim 1 | A formation integrally formed along a longitudinal axis of the gate arm by a pair of inset channel sidewalls and a backwall. | A channel or groove formed in the first side surface of the gate arm between the upper sidewall and the lower sidewall, having an opening to the side surface defined by two inset channel sidewalls that extend from the opening to the channel backwall |
| "a first elongated inset channel centrally disposed in said first side surface defined by said top convex member and said bottom convex member and formed along said longitudinal axis"<br>'125 Patent, Claim 1 | The above elongated inset channel centrally positioned on the first side of the gate arm. | The above first elongated inset channel, where the first side surface extends between the top and bottom convex members |
| "said first elongated inset channel having a first opening formed by a first pair of inset channel sidewalls integrally joined to a first inset channel backwall"<br>'125 Patent, Claim 1 | The above elongated inset channel forming an opening on the first side of the gate arm. | The above elongated first inset channel having an opening to the side surface where the opening is the area between the two inset channel sidewalls, and each of the inset channel sidewalls extend from the opening to the channel backwall |
| "first side surface"<br>'125 Patent, Claim 1 | The outer area of the gate arm on the first side. | The first of two flattened sides of the gate arm's exterior surface, identified as the region bounded by and extending between the convex top surface and the convex bottom surface |
| "first upper sidewall including a terminating end"<br>'125 Patent, Claim 1 | A sidewall extending from the first upper inset channel sidewall into the first opening | The upper half of the first side surface, extending from the convex top to its terminal end located in the first opening |
| "first lower sidewall including a terminating end"<br>'125 Patent, Claim 1 | A sidewall extending from the first lower inset channel sidewall into the first opening | The lower half of the first side surface extending from the convex bottom to its terminal end located in the first opening |

1

EXHIBIT "A"
U.S. PAT. NO. 8,845,125 DISPUTED CLAIM TERMS

| Claim Term | GateArm's Proposed Constuction | Access Masters, Blacksky Tech., and Gatearms.com's Proposed Construction |
|---|---|---|
| "said first side surface having a first upper sidewall including a terminating end and a first lower sidewall including a terminating end which ends terminate partially within said first opening and spaced apart from each other" '125 Patent, Claim 1 | The outer area of the gate arm on the first side includes the outer area of a sidewall extending from the first upper inset channel sidewall and terminating in the first opening and the outer area of a sidewall extending from the first lower inset channel sidewall and terminating in the first opening, | The terminal ends of the above first upper and lower sidewalls are located in the first channel's opening |
| "second elongated inset channel" '125 Patent, Claim 2 | A second formation integrally formed along a longitudinal axis of the gate arm by a pair of inset channel sidewalls and a backwall. | Mirror image of the first inset channel; A channel or groove formed in the second side surface between the second upper sidewall and the second lower sidewall, having a second opening to the second side surface defined by two inset channel sidewalls that extend from the opening to the channel backwall |
| "second side surface" '125 Patent, Claim 2 | The outer area of the gate arm on the second side. | Mirror image of the first side surface; The second of two flattened sides of the gate arm's exterior surface, identified as the region bounded by and extending between the convex top surface and the convex bottom surface opposite to the first side surface |
| "upper sidewall including a terminating end" '125 Patent, Claim 2 | A sidewall extending from the second upper inset channel sidewall into the second opening | Mirror image of the first upper sidewall; The upper half of the second side surface, extending from the convex top to its terminal end |

2

*EXHIBIT "A"*
*U.S. PAT. NO. 8,845,125 DISPUTED CLAIM TERMS*

| Claim Term | GateArm's Proposed Constuction | Access Masters, Blacksky Tech., and Gatearms.com's Proposed Construction |
|---|---|---|
| "lower sidewall including a terminating end" <br> '125 Patent, Claim 2 | A sidewall extending from the second lower inset channel sidewall into the second opening | Mirror image of the first lower sidewall; The lower half of the second side surface extending from the convex bottom to its terminal end |
| "said second side surface having an upper sidewall including a terminating end and a lower sidewall including a terminating end which ends terminate partially within said second opening and spaced from each other" <br> '125 Patent, Claim 2 | The outer area of the gate arm on the second side includes the outer area of a sidewall extending from the second upper inset channel sidewall and terminating in the second opening and the outer area of a sidewall extending from the second lower inset channel sidewall and terminating in the second opening, | The terminal ends of the above second upper and lower sidewalls extend into the second channel's opening |
| "said second elongated inset channel disposed opposite and forming a minor image of said first elongated inset channel" <br> '125 Patent, Claim 2 | The above second elongated inset channel centrally positioned on the second side of the gate arm. | The second inset channel bisects that second side surface, and is located between the second upper and second lower sidewalls of the second side surface. |

3

*EXHIBIT "A"*
*U.S. PAT. NO. 8,845,125 DISPUTED CLAIM TERMS*

| Claim Term | GateArm's Proposed Constuction | Access Masters, Blacksky Tech., and Gatearms.com's Proposed Construction |
|---|---|---|
| "further including a top member comprising a semi-circular shape defining said first and second upper sidewall terminating ends terminating partially within said first opening and within said second opening"<br>'125 Patent, Claim 6 | The top half of the gate arm, extending from the first and second upper sidewalls that terminate within the first and second openings, forms a semi-circular shape.<br><br>By agreement of the parties and the Consent Decree (D.E. 53), entered by the Hon. Robert N. Scola, Jr., U.S.D.J., the **'125 patent is valid**. This claim term is therefore **not indefinite**, and cannot be challenged by Defendants. | The top surface of the gate arm has a half circle longitudinal cross-section that extends between two terminal ends, one of its ends is located in the opening of the first channel, and the other end is located in the second channel.<br>This term is indefinite because it is unclear how the gate arm can "further include" an additional top member. The definition above is Defendants' attempt to interpret the meaning of this term. Defendants disagree with Plaintiff's position and are preserving their rights to argue that the patents are indefinite. |
| "a semi-circular shape defining said first and second upper sidewall ends terminating partially within said first opening"<br>'125 Patent, Claim 6 | The top half of the gate arm, extending from the first and second upper sidewalls that terminate within the first and second openings, forms a semi-circular shape. | The top surface of the gate arm has a half circle longitudinal cross-section that extends between two terminal ends, one of its ends is located in the opening of the first channel, and the other end is located in the second channel. |

4

*EXHIBIT "A"*
*U.S. PAT. NO. 8,845,125 DISPUTED CLAIM TERMS*

| Claim Term | GateArm's Proposed Constuction | Access Masters, Blacksky Tech., and Gatearms.com's Proposed Construction |
|---|---|---|
| "a bottom member comprising a semicircular shape defining said first and second lower sidewall ends terminating partially within said first opening and within said second opening"<br>'126 Patent, Claim 6 | the lower half of the gate arm, extending from the first and second upper sidewalls that terminate within the first and second openings, forms a semi-circular shape.<br><br>By agreement of the parties and the Consent Decree (D.E. 53), entered by the Hon. Robert N. Scola, Jr., U.S.D.J., the **'125 patent is valid**. This claim term is therefore **not indefinite**, and cannot be challenged by Defendants. | The bottom surface of the gate arm has a half circle longitudinal cross-section that extends between two terminal ends, one of its ends is located in the opening of the first channel, and the other end is located in the second channel.<br>This term is indefinite because it is unclear how the gate arm can "further include" an additional bottom member. The definition above is Defendants' attempt to interpret the meaning of this term.<br>Defendants disagree with Plaintiff's position and are preserving their rights to argue that the patents are indefinite. |
| "a semicircular shape defining said first and second lower sidewall ends terminating partially within said first opening"<br>'125 Patent, Claim 6 | the lower half of the gate arm, extending from the first and second upper sidewalls that terminate within the first and second openings, forms a semi-circular shape. | The bottom surface of the gate arm has a half circle cross section, and extends between two terminating ends, one of its ends is located in the opening of the first channel, and the other end is located in the second channel. |

*EXHIBIT "B"*
*U.S. PAT. NO. 200 DISPUTED CLAIM TERMS*

| **Claim Term** | **GateArm's Proposed Construction** | **Access Masters, Blacksky Tech., and Gatearms.com's Proposed Construction** |
|---|---|---|
| "a first elongated inset channel formed along said longitudinal axis of said circular shaped member" '200 Patent, Claim 1 | A formation, integrally formed along a longitudinal axis of the gate arm, by a pair of inset channel sidewalls and a backwall. | A channel or groove formed in the surface of the gate arm, having an opening to the side surface defined by two inset channel sidewalls that extend from the opening to the channel backwall |
| "said inset channel walls including a first upper terminating end and a first lower terminating end" '200 Patent, Claim 1 | The pair of inset channel sidewalls include a sidewall extending from the first upper inset channel sidewall into the first opening and a sidewall extending from the first lower inset channel sidewall into the first opening | Two inset channel sidewalls extend from the inset channel backwall to their terminal ends, which extend into the opening |
| "said first elongated inset channel having a first opening formed by a first pair of inset channel sidewalls integrally joined to a first channel backwall, said inset channel walls including a first upper terminating end and a first lower terminating end, said ends terminate partially within said first opening and spaced apart from each other" '200 Patent, Claim 1 | the above elongated inset channel, forming an opening on the first side of the gate arm, including the above first upper terminating end and first lower terminating end | A channel or groove formed in the surface of the gate arm, having an opening to the side surface defined by two inset channel sidewalls that extend from the opening to the channel backwall, the two inset channel sidewalls have terminating ends opposite the inset channel backwall that extend into the opening opposite to each other |
| "said second elongated inset channel having a second pair of inset channel sidewalls integrally joined to a second inset channel backwall" '200 Patent, Claim 2 | A second formation, integrally formed along a longitudinal axis of the gate arm, by a pair of inset channel sidewalls and a backwall. | A second channel or groove formed in the surface of the gate arm, having an opening to the side surface defined by two inset channel sidewalls that extend from the opening to the channel backwall |

1

*EXHIBIT "B"*
*U.S. PAT. NO. 200 DISPUTED CLAIM TERMS*

| Claim Term | GateArm's Proposed Construction | Access Masters, Blacksky Tech., and Gatearms.com's Proposed Construction |
|---|---|---|
| "said second elongated inset channel having a second pair of inset channel sidewalls integrally joined to a second inset channel backwall, a second upper terminating end and a second lower terminating end" '200 Patent, Claim 2 | The second pair of inset channel sidewalls include a sidewall extending from the second upper inset channel sidewall into the second opening and a sidewall extending from the second lower inset channel sidewall into the second opening. | A second pair of two inset channel sidewalls extend from the second inset channel backwall to their terminal ends, which ends extend into the opening of the second inset channel |
| "a second upper terminating end and a second lower terminating end which ends terminate partially within said second opening and spaced from each other" '200 Patent, Claim 2 | the above second elongated inset channel, forming an opening on the second side of the gate arm, including the above second upper terminating end and second lower terminating end. | A second pair of two inset channel sidewalls extend from the channel backwall to the opening, and their terminal ends extend into the opening opposite the inset channel backwall. |

2