UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GATEARM TECHNOLOGIES, INC.,          CASE NO.: 14-CV-62697-RNS
a Florida corporation,

    Plaintiff,
vs.

ACCESS MASTERS, LLC, a Florida
limited liability company, and
BLACKSKY TECHNOLOGIES, INC.,
a Florida corporation,
GATEARMS.COM, LLC,

    Defendants.
_____/

## NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that counsel for Defendants, ACCESS MASTERS, LLC, BLACKSKY TECHNOLOGIES, INC., and GATEARMS.COM, LLC., Lorri Lomnitzer, gives notice that she will traveling out of the state and unavailable from 7/02/2017 to 7/07/2017 and respectfully requests that no discovery, motions, hearings or trials be set during this time period.

Dated: June 22, 2017                                Respectfully submitted,

                                                         s:/ *Lorri Lomnitzer*
                                                         Lorri Lomnitzer, Esq.
                                                         Florida Bar No. 37632
                                                         Lorri@Lomnitzerlaw.com
                                                         Allen F. Bennett, Esq.
                                                         Florida Bar No.: 88183
                                                         Allen@Lomnitzerlaw.com
                                                         THE LOMNITZER LAW FIRM, P.A.
                                                         7999 N. Federal Highway, Ste. 200
                                                         Boca Raton, FL 33487
                                                         Telephone: (561) 953-9300
                                                         Direct: (561) 953-9301
                                                         Fax: (561) 953-3455
                                                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of June, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Lorri Lomnitzer
Lorri Lomnitzer
Florida Bar No. 37632
lorri@lomnitzerlaw.com

## SERVICE LIST

### GATEARM TECHNOLOGIES, INC. vs. ACCESS MASTERS, LLC, and BLACKSKY TECHNOLOGIES, INC., CASE NO.: 0:14-CV-62697-RNS
United States District Court, Southern District of Florida

McHALE & SLAVIN, P.A.
Edward F. McHale (FBN 190300)
Brian M. Taillon (FBN 678635)
Kenneth W. Cohen (FBN 0030185)
Andrew D. Lockton (FBN 115519)
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
Telephone: (561) 625-6575
Facsimile: (561) 625-6572
E-mail: litigation@mchaleslavin.com

COHEN NORRIS WOLMER RAY TELEPMAN COHEN
James S. Telepman (FBN 466786)
712 U.S. Highway 1, Suite 400
P.O. Box 13146
North Palm Beach, Florida 33408
Telephone: (561) 844-3600
Facsimile: (561) 842-4104
E-mail: jst@fcohenlaw.com

*Attorneys for Plaintiff*